

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 17 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

American Federation of Television and
Radio Artists Omaha Local,

    Plaintiff,

v.

Hearst-Argyle Properties, Inc. (KETV
Division),

    Defendant.

CASE NO. 8:05cv414

**CONSENT OF JURISDICTION BY A
UNITED STATES MAGISTRATE
JUDGE AND ORDER OF REFERENCE**

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Defendant, Hearst-Argyle Properties, Inc. (KETV Division) | 1/13/06 |
| [signature] | For Plaintiff, American Federation Of Television and Radio Artists Omaha Local | 1/12/06 |

## ORDER OF REFERENCE

    IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

1/17/06
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

                                                                k:\clerk\proc\forms\consent.frm
                                                                             08/15/03

DOCS/711871.1