## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS OMAHA LOCAL, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV414 |
| vs. | ) ) | ORDER |
| HEARST-ARGYLE PROPERTIES, INC., (KETV DIVISION), | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion to stay (Filing No. 8).  The plaintiff seeks a stay "until such time as the parties have had an opportunity to arbitrate the dispute."  The defendant does not oppose a brief stay.  The defendant represents the parties have agreed to dismiss the action without prejudice after they select an arbitrator and schedule the arbitration.  The court finds a brief stay in this matter is warranted.  Upon consideration,

**IT IS ORDERED:**

1.      The plaintiff's motion to stay (Filing No. 8) is granted.

2.      In the event the parties do not file a stipulation for dismissal by **February 21, 2006**, the parties shall file a joint status report regarding the status of arbitration and whether the stay should be continued.

DATED this 20th day of January, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge