# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS OMAHA LOCAL,<br><br>   Plaintiff,<br><br>vs.<br><br>HEARST-ARGYLE PROPERTIES, INC., (KETV DIVISION),<br><br>   Defendant. | 8:05CV414<br><br>ORDER |

  This matter is before the court on the plaintiff's motion to stay (Filing No. 8). The plaintiff seeks a stay "until such time as the parties have had an opportunity to arbitrate the dispute." The defendant does not oppose a brief stay. The defendant represents the parties have agreed to dismiss the action without prejudice after they select an arbitrator and schedule the arbitration. The court finds a brief stay in this matter is warranted. Upon consideration,

  **IT IS ORDERED:**

  1. The plaintiff's motion to stay (Filing No. 8) is granted.

  2. In the event the parties do not file a stipulation for dismissal by **February 21, 2006**, the parties shall file a joint status report regarding the status of arbitration and whether the stay should be continued.

  DATED this 20th day of January, 2006.

                BY THE COURT:

                s/Thomas D. Thalken
                United States Magistrate Judge