IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS OMAHA LOCAL, ) ) ) ) | |
| Plaintiff, ) ) | 8:05CV414 |
| vs. ) ) | ORDER |
| HEARST-ARGYLE PROPERTIES, INC., (KETV DIVISION), ) ) ) ) | |
| Defendant. ) | |

This matter is before the court on the parties' Joint Stipulation and Motion to Dismiss (Filing No. 14). The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 14) is granted and this case is dismissed without prejudice, each party to bear its own costs.

DATED this 27th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge